# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SANTOS GOMEZ RUIZ, | ) |
| Petitioner, | ) |
| v. | ) Case No. 2:25-cv-0183-MHH-SGC |
| MARK MOON, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Santos Gomez Ruiz has petitioned for a writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1). On March 12, 2025, the magistrate judge entered a report in which she recommended that the Court dismiss this petition without prejudice as barred by the *Younger* abstention doctrine and unexhausted. (Doc. 7).[1] The magistrate judge also recommended that the Court decline to issue a certificate of appealability. (Doc. 7). The magistrate judge advised the petitioner of his right to file written objections within 14 days. (Doc. 7). To date, the Court has not received objections.

Having reviewed the materials in the Court's electronic docket sheet for this case, the Court adopts the magistrate judge's report and accepts her recommendation. Consistent with that recommendation, by separate order, the Court will dismiss the petition in this matter without prejudice. The Court declines

---

[1] *Younger v. Harris*, 401 U.S. 37 (1971).

to issue a certificate of appealability. Mr. Gomez Ruiz may request a certificate of appealability from the Eleventh Circuit Court of Appeals. Fed. R. App. P. 22(b); 11th Cir. R. 22-1.

A final judgment will be entered.

**DONE** and **ORDERED** this April 3, 2025.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE